AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Erdogan et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:18-cv-00084-RMG |
| Preserve at Charleston Park Homeowners Association Inc et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that

■ other: having granted the Defendants' Motions to Dismiss and denied as moot all other pending motions, this action is dimissed.

This action was

■ decided by the Honorable Richard M. Gergel, United States District Judge, on a ruling on Motions to Dismiss.

Date:  June 22, 2018                    *CLERK OF COURT*    Robin L. Blume

                                                         s/S. Shealy

                                                *Signature of Clerk or Deputy Clerk*